# THE SUPREME COURT

OF

# OREGON.

## OCTOBER TERM, 1887.

---

[Filed October 17, 1887.]

JORDAN, RESPONDENT, *v.* LA VINE ET AL., AP-
PELLANTS.

UNDERTAKING—LIABILITY OF SURETIES FOR COSTS.—A surety in an undertaking,
"for the payment of such sum as may from any cause be adjudged against the
plaintiff," is liable for the costs of the action. (Following *Carlton* v. *Dixon*, 14
Or. 294.)

APPEAL from Multnomah County. Affirmed.

*W. T. Burney*, for Respondent.

*D. R. Murphy*, for Appellants.

LORD, C. J. — This appeal is brought from a judgment against
the defendants on their demurrer to the plaintiff's complaint.
The action was on an undertaking for the recovery of personal
property of the defendant La Vine, and his sureties as co-defend-
ants. The question of law raised on the facts is identical in
principle with that decided in *Carlton* v. *Dixon*, 14 Or. 294. It
was held in that case, upon a condition in an undertaking as

here, " for the payment of such sum as may, from any cause, be adjudged against the plaintiff," upon a judgment adverse to the plaintiff, that the sureties in the undertaking are liable for the costs. (See *Tibbs* v. *O'Conner*, 28 Barb. 538.) In the original action the defendant La Vine was plaintiff. As the case cited was inadvertently overlooked by counsel, and as nothing has been suggested to impeach the correctness of that determination, it must govern in the decision of this case, and consequently, the judgment is affirmed.